UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 16  P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| TRACEY DESROCHERS,  )<br>    Plaintiff          )<br>                          )<br>v.                      )     C.A. No. 04-10806 RWZ<br>                          )<br>DENNIS E. PIENDAK, Town Manager,  )<br>and LEO GAUDETTE, Fire Chief for  )<br>the TOWN OF DRACUT, on behalf  )<br>of the TOWN OF DRACUT,  )<br>    Defendants      )<br>                          ) | |

## CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendants, DENNIS E. PIENDAK, LEO GAUDETTE, and the TOWN OF DRACUT, hereby certifies that he has conferred with the Defendants or the Defendants' authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Defendants,
DENNIS E. PIENDAK, Town Manager and LEO
GAUDETTE, Fire Chief for the Town of Dracut, on behalf
of the TOWN OF DRACUT
By Their Attorneys,

John J. Cloherty III; BBO # 566522
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110; (617) 350-0950

Dennis E. Piendak, Town Manager
Dracut Town Hall
62 Arlington Street
Dracut, MA 01826

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 6/14/04

UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16  P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TRACEY DESROCHERS,<br>Plaintiff<br><br>v.<br><br>DENNIS E. PIENDAK, Town Manager,<br>and LEO GAUDETTE, Fire Chief for<br>the TOWN OF DRACUT, on behalf<br>of the TOWN OF DRACUT,<br>Defendants | C.A. No. 04-10806 RWZ |

### CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendants, DENNIS E. PIENDAK, LEO GAUDETTE, and the TOWN OF DRACUT, hereby certifies that he has conferred with the Defendants or the Defendants' authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Defendants,
DENNIS E. PIENDAK, Town Manager and LEO
GAUDETTE, Fire Chief for the Town of Dracut, on behalf
of the TOWN OF DRACUT
By Their Attorneys,

John J. Cloherty III; BBO # 566522
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA  02110;  (617) 350-0950

Peter Roxo
Metrogard Insurance

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on  6/4/04  .