# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis*
Judith A. Perritano
John J. Cloherty III*

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Brian D. Carlson †
Sean T. Delaney
James M. Dunn♦
Meredith P. Freed
David C. Hunter †
Danielle T. Jenkins*
Maureen L. Pomeroy
Daniel G. Skrip♦

*also admitted in RI
♦also admitted in PA
†also admitted in NY

June 30, 2004

David T. Fulmer, Esq.
596 Main Street
Winchester, MA 02111

Re:  Tracey Desrochers v. Town of Dracut, et al
     MCAD Docket No. 03-BEM-01489

Dear Attorney Fulmer:

    Please accept this letter as a request that you forward the Plaintiff's Automatic Disclosures under Rule 26. As you know, these disclosures were due within 7 days of the Scheduling Conference. In addition, if your client is claiming personal injuries, you are required to itemize her expenses and provide access to her medical records under Local Rule 35.1. The Local Rules further mandate that you submit a written settlement proposal, which was due 10 days before the Scheduling Conference.

    Please contact me to discuss these matters, so that we may narrow any issues in this discovery dispute, as required under Local Rule 37.1. I look forward to hearing from you in the near future.

Sincerely,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III

JJC/mj